FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 5:24 pm, Dec 28, 2020



# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ALBERTO LAFARGA CRUZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-85 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 24. Petitioner Alberto Cruz ("Cruz") did not file Objections to this Report and Recommendation. In fact, this Court's Report and Recommendation was returned as undeliverable, with the notations: "Not Deliverable as Addressed, Unable to Forward." Dkt. No. 25.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Cruz's 28 U.S.C. § 2241 Petition, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court

AO 72A
(Rev. 8/82)

to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Cruz *in forma pauperis* status on appeal.

SO ORDERED, this 28 day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA